Jennie Cook Gosweiler, appellant, v. Herbert Vanhoff Gosweiler, appellee. Gen. No. 28,387.

Complaint for divorce by wife for extreme and repeated cruelty.

Judgment for complainant. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed December 10, 1923.

J. Lester Williams, for appellant. Samuel J. Andalman, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.